**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 25-6534**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHN HUNTER RAINES,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:24-cr-00138-JAG-MRC-1)

─────────────

Submitted:  November 25, 2025                    Decided:  December 2, 2025

─────────────

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

John Hunter Raines, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Hunter Raines appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239. Having carefully reviewed the record, we are satisfied that the district court did not abuse its discretion in finding that Raines was not entitled to a sentence reduction. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (explaining standard of review). Accordingly, we deny Raines's Motion to Proceed Without Government Response as Unopposed (ECF No. 8) and Motion to Supplement the Record with Evidence Under Seal (ECF No. 9); deny as moot Raines's motion to expedite decision (ECF No. 11); and affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*